# JacksonLewis

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020
```

(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is: 631-247-4675
My Email Address is: Adam.Guttell@jacksonlewis.com

November 13, 2020

**VIA ECF**

Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

           Re:  Jaquez v. Fifth Sun, LLC,
                 Case No.: 1:20-cv-7728-AT

Dear Judge Torres:

      We represent Fifth Sun, LLC ("Defendant") in the above-referenced matter. We write pursuant to Rule I. (C) of Your Honor's Individual Practices in Civil Cases, to request the Initial Conference currently scheduled for November 18, 2020 (Dkt. 5) be adjourned to December 18, 2020, or another date convenient to the Court and subsequent to Defendant's deadline to respond to the Complaint. Defendant's deadline to respond to the Complaint is currently November 23, 2020 (Dkt. 12). This request is submitted with Plaintiff's consent and this is Defendant's first request for an adjournment.

      Thank you for your consideration of this matter.

                                         Respectfully submitted,

                                         JACKSON LEWIS P.C.

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for November 18, 2020, is ADJOURNED to **November 24, 2020**, at **11:00 a.m.** By **November 17, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 13, 2020
       New York, New York

                                         ANALISA TORRES
                                 United States District Judge